# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| F4 VENTURES, LLC, a Minnesota Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br><br>COLM O'CALLAGHAN, an Individual; and DOES 1-10, Inclusive,<br><br>Defendants. | CASE NO. 2:19-CV-08126-CJC (PLAx)<br><br>ORDER REMANDING ACTION TO LOS ANGELES SUPERIOR COURT |

# ORDER OF THE COURT

The Original Complaint filed in this Action on August 19, 2019 was filed in the Los Angeles Superior Court — West District and was assigned CASE NO. 19SMCV01468 ("State Case").

On or about September 20, 2019 Defendant Colm O'Callaghan filed a NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1332(a) ("Notice") to this District Court as CASE NO. 2:19-CV-08126 ("Federal Case").

**BASED ON THE STIPULATION OF THE PARTIES AND FOR GOOD CAUSE SHOWN, the Court hereby ORDERS as follows:**

1. This Federal Case shall be, and is hereby, *remanded* back to the Los Angeles County Superior Court - West District for further adjudication as the State Case No. 19SMCV01468;
2. Defendant's counsel will file its responsive pleadings in the State Case within ten (10) days of the granting of this Order;
3. Defendant's counsel to give notice of this Order of the Court; and file such in the State Case.

IT IS SO ORDERED.

Dated: November 14, 2019

_____
Honorable Cormac J. Carney
United States District Judge

ORDER REMANDING ACTION TO LOS ANGELES SUPERIOR COURT